IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO. 1:98-cr-00068-MP

ANTHONY DAVIS,

    Defendants.

_____/

### O R D E R

This matter is before the Court on Doc. 154, Motion to Continue Revocation Hearing,

filed by Anthony Davis.  The motion is unopposed and seeks to continue the revocation hearing

to allow state proceedings to be resolved.  Accordingly, the motion to continue is granted and

revocation is hereby reset for Wednesday, December 20, 2006 at 10:30 a.m.

    **DONE AND ORDERED** this  *8th*  day of November, 2006


        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge