IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:98-cr-00068-MMP

ANTHONY DAVIS,

    Defendant.
_____/

### **O R D E R**

This matter is before the Court on Doc. 159, Motion to Continue Revocation hearing, filed by Defendant Davis. In his motion, Defendant requests a continuance in his revocation hearing, currently scheduled for January 17, 2007, at 10:30 a.m. Defendant is scheduled to be arraigned in state court on the charge which gives rise to this violation on January 22, 2007, and he seeks a continuance so that he may obtain the State's position on underlying charge that gives rise to the alleged violation. The government does not oppose this motion. After considering the matter, the motion is granted. Accordingly, the revocation hearing is hereby continued to Friday, February 23, 2007, at 9:30 a.m.

    **DONE AND ORDERED** this __16th__ day of January, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge