IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:98-cr-00068-MP

ANTHONY DAVIS,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 164, Motion to Continue Revocation Hearing to allow Mr. Miller, attorney for Mr. Davis, more time to contact the appropriate attorney in Mr. Davis' state court proceedings. The motion, which is not opposed, is granted. The revocation hearing is hereby reset for April 25, 2007, at 2:30 p.m.

    **DONE AND ORDERED** this  *26th*   day of March, 2007

                *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge